**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sol Jaffe, | No. CV-18-03367-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Legacy Partners Residential Incorporated, et al., | |
| Defendants. | |

On October 19, 2018, Plaintiff Sol Jaffe, proceeding pro se, initiated this action by filing his Complaint. (Doc. 1.) Plaintiff concurrently filed his Application to Proceed In Forma Pauperis. (Doc. 2.) On January 29, 2019, the Court granted Plaintiff's Application to Proceed In Forma Pauperis, screened Plaintiff's Complaint, and dismissed each claim for failure to state a claim. (Doc. 9.) The Court granted Plaintiff leave to amend his complaint on or before February 28, 2019. (*Id.*) The Court warned that if Plaintiff failed to file an amended complaint, the Clerk may dismiss this action without prejudice and without further notice from the Court. (*Id.*)

On February 11, 2019, Plaintiff filed a Response to the Court's January 29, 2019 Screening Order. (Doc. 10.) Therein, Plaintiff states that he "cannot and will not litigate a case when the COURT has already made up its mind as to JAFFE'S case; thus, he will not be amending his complaint and will seek justice elsewhere." (*Id.*) The deadline to file an amended complaint has now passed, and the Court will direct the Clerk to terminate this action.

Accordingly,

**IT IS ORDERED** that the Clerk of Court dismiss Plaintiff's Complaint and terminate this action, without prejudice, effective immediately.

**Dated** this 5th day of March, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge